LOUISE URICH, appellant,

*v.*

THOMAS P. WATTS et al., respondents.

[Submitted March 27th, 1906.   Decided November 19th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *69 N. J. Eq. 604.*

*Mr. Frank Voigt* and *Mr. Frank E. Bradner,* for the appellant.

*Mr. Charles R. Snyder* and *Mr. Edmund Wilson,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.